**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | |
|---|---|
| **MONKEYMEDIA, INC.,** *Plaintiff,* v. **AMAZON.COM, INC.,** *Defendant.* | § § § § § § § § § § § § § § § §   **CASE NO. 1:20-cv-00010-LY** |

**<u>INITIAL SCHEDULING ORDER</u>**

On March 30, 2020, the Court conducted the initial pretrial conference in the above entitled and number cause. All parties appeared through counsel. As a result of this conference, the Court **ORDERS** the following:

1. Plaintiff shall disclose their preliminary infringement contentions on May 13, 2020.

2. Defendant shall disclose their preliminary invalidity contentions on July 1, 2020.

3. The parties shall identify claim terms to be construed on July 21, 2020.

4. The parties shall exchange their proposed claim constructions and identify intrinsic/extrinsic evidence in support thereof on August 19, 2020.

5. The parties shall file a joint claim construction statement on August 26, 2020.

6. Claim construction discovery closes on September 16, 2020.

7. All parties shall file opening claim construction briefs on October 7, 2020.

8. All parties shall file reply claim construction briefs on October 21, 2020.

**IT IS FURTHER ORDERED** that this case is set for a tutorial to the Court at **9:30 a.m., November 12, 2020**, Courtroom 7, 7th Floor, United States Courthouse, 501 West Fifth Street, Austin, Texas.

**IT IS FURTHER ORDERED** that the claim construction hearing is set immediately following the tutorial on **November 12, 2020.**

**IT IS FINALLY ORDERED** that the stay imposed by this Court's Order of March 4, 2020 (Doc. No. 11) is **LIFTED** for the proceedings specified in this Order.

SIGNED this _____ day of April, 2020.

 

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE

Dated:  March 31, 2020

        **GRAVES, DOUGHERTY, HEARON & MOODY, P.C**.

        */s/ Steven D. Smit*
        Steven D. Smit
        State Bar No. 18527500
        ssmit@gdhm.com
        Matthew C. Powers
        State Bar No. 24046650
        mpowers@gdhm.com
        401 Congress Avenue, Suite 2700
        Austin, Texas 78701
        (512) 480-5653 Telephone
        (512) 480-5853 Telecopier

        *Attorneys For Plaintiff MONKEYmedia, Inc.*

**SHELTON COBURN LLP**

        /s/ *Barry K. Shelton*
        Barry K. Shelton
        Texas State Bar No. 24055029
        bshelton@sheltoncoburn.com
        311 RR 620 S, Suite 205
        Austin, Texas 78734
        Tel: (512) 263-2165
        Fax: (512) 263-2166

**FENWICK & WEST LLP**

        J. David Hadden, CSB No. 176148
        Email:  dhadden@fenwick.com
        Saina S. Shamilov, CSB No. 215636
        Email:  sshamilov@fenwick.com
        Ravi R. Ranganath, CSB 272981
        Email: rranganath@fenwick.com
        Silicon Valley Center
        801 California Street
        Mountain View, CA  94041
        Telephone:	650.988.8500
        Facsimile:	650.938.5200

Todd R. Gregorian, CSB No. 236096
Email: tgregorian@fenwick.com
Min Wu, CSB No. 307512
Email: min.wu@fenwick.com
555 California Street
San Francisco, CA 94104
Telephone:     415.875.2300
Facsimile:     415.281.1350

***Counsel for Defendant Amazon.com, Inc.***