**IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | |
|---|---|
| MONKEYMEDIA, INC.,<br><br>        Plaintiff,<br><br>  v.<br><br>AMAZON.COM, INC.,<br><br>        Defendant. | Case No. 1:20-cv-00010-LY |

**DECLARATION OF MIN WU IN SUPPORT OF
OPENING CLAIMS CONSTRUCTION BRIEF OF AMAZON.COM, INC.**

I, Min Wu, declare as follows:

1. I am an attorney admitted to practice in the State of California and am an associate with the law firm of Fenwick & West LLP, counsel of record for defendant Amazon.com, Inc. I have personal knowledge of the facts in this declaration and, if called upon to do so, could and would testify competently as to the matters set forth herein.

2. **Exhibit A** is a true and correct copy of excerpts of '158 Patent Reexamination File History ("Reexam History"), 2011-09-20 Final Rejection.

3. **Exhibit B** is a true and correct copy of excerpts of Reexam History, 2012-05-07 Examiner's Answer to Appeal Brief.

4. **Exhibit C** is a true and correct copy of excerpts of Reexam History, 2011-12-19 Appeal Brief.

5. **Exhibit D** is a true and correct copy of excerpts of '379 Patent File History, 2015-04-23 Amendment.

6. **Exhibit E** is a true and correct copy of excerpts of Reexamination Control No. 95/002,256, 2014-11-12 Loy § 132 Declaration.

7. **Exhibit F** is a true and correct copy of excerpts of *MONKEYmedia, Inc. v. Samsung Elec. Co. Ltd.*, 2:17-cv-00460, Dkt. 47, Plaintiff's Claim Construction Reply Brief (E.D. Tex. Apr. 13, 2018).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 7, 2020 in Oakland, California.

*/s/ Min Wu*
Min Wu